IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | C.A. No. 6:05-2969-HMH |
| ) | Cr. No. 6:01-958-5 |
| Jermaine Butler, ) | |
| ) | **OPINION AND ORDER** |
| Movant. ) | |

This matter is before the court because Jermaine Butler ("Butler") failed to comply with the court's order filed October 20, 2005. The court ordered Butler to submit the necessary forms to bring his motion under 28 U.S.C. § 2255 into proper form within twenty days. Butler has failed to respond to the court's order. Accordingly, the above-captioned case is dismissed without prejudice. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
November 15, 2005

### NOTICE OF RIGHT TO APPEAL

The movant is hereby notified that he has the right to appeal <u>this order</u> within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.